## 74381. LOCKWOOD v. THE STATE.
### (367 SE2d 887)

SOGNIER, Judge.
By opinion dated February 5, 1988, 257 Ga. 796 (364 SE2d 574), the Supreme Court of Georgia reversed this court's opinion in the above captioned case. 184 Ga. App. 262 (361 SE2d 195). Accordingly, our opinion is vacated, and the Supreme Court's opinion is made the opinion of this court.

*Judgment reversed. McMurray, P. J., and Beasley, J., concur.*

DECIDED MARCH 4, 1988.

*John P. Pieri, John L. Taylor, Jr., John L. Schaub*, for appellant.
*David L. Lomenick, Jr.*, District Attorney, *Amy Abernathy, David J. Dunn, James D. Franklin; McCracken K. Poston, Jr.*, Assistant District Attorneys, for appellee.